IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

GARY K. STOUT for himself and
Others similarly situated,

        Plaintiff,                           Case No.: 3:13-CV-26

vs.

REMETRONIX, INC., *et al.*,               District Judge Thomas M. Rose
                                                               Magistrate Judge Michael J. Newman

        Defendants.

## ORDER ADOPTING REPORT AND RECOMMENDATION (DOC. 50)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Michael J. Newman (doc. 50), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) has expired, hereby **ADOPTS** said Report and Recommendation in full. It is therefore **ORDERED** that opt-in Plaintiff David Galley be **DISMISSED** from this case for his failure to prosecute and his failure to respond in any manner to the Court's two prior Orders (docs. 48, 49).

Date: June 17, 2014                                        *s/Thomas M. Rose

                                                                  THOMAS M. ROSE
                                                                    UNITED STATES DISTRICT JUDGE